UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Safeco Insurance Company of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Sunbeam Corporation, <br><br> Defendant(s). | No. C05-1974 BZ <br><br> **ORDER DISCONTINUING SERVICE BY MAIL** |

In reviewing the file, it appears that counsel Brian S. Letofsky has failed to register for electronic service in this E-filing case. The Court will no longer serve counsel by mail. If you wish to be served with documents generated by the Court, you must register pursuant to Local Rule 5-4 and General Order 45.

Dated: July 19, 2005

/s/ Bernard Zimmerman
BERNARD ZIMMERMAN
United States Magistrate Judge

1