```
WILLIAM T. MULVIHILL, ESQ. (#77528)
JOANNA C. MAINO, ESQ. (#187249)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
email:  wmulvihill@bjg.com
        jmaino@bjg.com

Attorneys for Defendant
AMERICAN HOUSEHOLD, INC.,
formerly known as SUNBEAM
CORPORATION
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | Case No.:  C05-01974 BZ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| SUNBEAM CORPORATION and DOES 1-25, | |
| Defendants. | Complaint Filed:  January 18, 2005<br>Removed:  May 15, 2005 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes**:

    **Mediation** (ADR L.R. 6)

**Private Process**:

    Private ADR:  not applicable at this time.

The parties agree to hold the ADR session by:

-1-

STIP. AND PROPOSED ORDER RE: ADR PROCESS  - Case No. C05-01974 BZ

the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

other requested deadline: **January 31, 2006**

DATED: August 22, 2005

           PIERCE & WEISS, LLP

           By: /s/
           RICKEE S. STEWART
           Attorneys for Plaintiff
           SAFECO INSURANCE COMPANY
           OF AMERICA

DATED: August 22, 2005

           BOORNAZIAN, JENSEN & GARTHE
           A Professional Corporation

           By: /s/
           JOANNA C. MAINO
           Attorneys for Defendant
           AMERICAN HOUSEHOLD, INC.,
           formerly known as SUNBEAM
           CORPORATION

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Mediation.

The deadline for the ADR session is: Nov. 30, 2005.

IT IS SO ORDERED.

Dated: August 23, 2005

           UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED. Judge Bernard Zimmerman*

23812/356550

*CERTIFICATE OF SERVICE*

-2-

STIP. AND PROPOSED ORDER RE: ADR PROCESS - Case No. C05-01974 BZ

Jacquelyn S. Lewis certifies and declares as follows:

I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925 which is located in the city, county and state where the mailing described below took place.

On August 22, 2005 I deposited in the United States Mail at Oakland, California, a copy of the **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** dated August 22, 2005.

Brian S. Letofsky, Esq.            *Attorney for Plaintiff*
Pierce & Weiss, LLP
451 West Lincoln Avenue, Suite B100
Anaheim, CA 92805
Tel: 714-778-5038

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2005.

/s/
Jacquelyn S. Lewis

*SIGNATURE ATTESTATION*

I hereby attest that I have on file all holographic signatures for any signature indicated by a "conformed" signature (/s/) within this efiled document.

/s/
Joanna C. Maino

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-3-
STIP. AND PROPOSED ORDER RE: ADR PROCESS - Case No. C05-01974 BZ