Brian S. Letofsky - Bar No. 159232
Richard J. Stinstrom - Bar No. 140675
Rickee S. Stewart - Bar No. 201952
PIERCE & WEISS, LLP
451 W. Lincoln Avenue
Anaheim, California 92805
Tel: (714) 778-5038
Fax: (714) 778-1467
Email: rstewart@pierceweiss.com

Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SUNBEAM CORPORATION and DOES 1-25, <br><br> Defendants. | Case No.: C05-01974 BZ <br><br> **STIPULATION AND ORDER REGARDING LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Complaint Filed: January 18, 2005 |

**STIPULATION AND ORDER**

**REGARDING LEAVE TO FILE FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD that Plaintiff SAFECO INSURANCE COMPANY OF AMERICA be allowed leave of Court to file their First Amended Complaint, a copy of which is attached hereto as Exhibit A.

The only party to have appeared, defendant AMERICAN HOUSEHOLD, INC., formerly known as SUNBEAM CORPORATION, has no opposition to the filing of the First Amended Complaint.

//

- 1 -
STIPULATION AND ORDER REGARDING LEAVE TO FILE
FIRST AMENDED COMPLAINT

IT IS FURTHER STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD that the First Amended Complaint be deemed filed and served as of the date of the Court's entry of this Order.

Dated: September 20, 2005

PIERCE & WEISS, LLP

/S/
RICKEE S. STEWART, ESQ.
Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

DATED: September ___, 2005

BOORNAZIAN, JENSEN & GARTHE

/S/
JOANNA C. MAINO, ESQ.
Attorney for Defendant
AMERICAN HOUSEHOLD, INC., formerly known as SUNBEAM CORPORATION

## ORDER

Good cause appearing IT IS HEREBY ORDERED the Plaintiff SAFECO INSURANCE COMPANY be allowed to file the attached First Amended Complaint. The First Amended Complaint is deemed filed as of the date of entry of this Court's Order.

DATED 23 Sept 05

JUDGE OF THE U.S. DISTRICT COURT

- 2 -
STIPULATION AND ORDER REGARDING LEAVE TO FILE
FIRST AMENDED COMPLAINT

Brian S. Letofsky - Bar No. 159232
Richard J. Stinstrom - Bar No. 140675
Rickee S. Stewart - Bar No. 201952
PIERCE & WEISS, LLP
451 W. Lincoln Avenue
Anaheim, California 92805
Tel: (714) 778-5038
Fax: (714) 778-1467

Attorneys for Plaintiff SAFECO INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM CORPORATION and DOES 1-25,<br><br>Defendants. | No. C05-01974 BZ<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>**1. STRICT PRODUCTS LIABILITY**<br>**2. NEGLIGENCE**<br>**3. BREACH OF IMPLIED WARRANTY**<br>**4. NEGLIGENT MISREPRESENTATION**<br>**5. RES IPSA LOQUITUR**<br><br>Original Complaint File: January 18, 2005 |

COMES NOW Plaintiff SAFECO INSURANCE COMPANY OF AMERICA, alleging as follows:

## GENERAL ALLEGATIONS

1.  Plaintiff SAFECO INSURANCE COMPANY OF AMERICA (hereinafter "SAFECO") is, and at all times herein mentioned, was an insurance company authorized to do, and doing business, in the State of California as an insurance carrier.

2.  Defendant SUNBEAM CORPORATION, now known as American Household, Inc., (hereinafter collectively "SUNBEAM") is, and at all times mentioned herein was, a Delaware corporation authorized to do business, and doing business, in the State of California, Contra Costa County.

//

- 1 -

**FIRST AMENDED COMPLAINT**

3. SAFECO INSURANCE COMPANY OF AMERICA is unaware of the true names and capacities, whether individual, corporate, associate or otherwise of Defendants sued herein as DOES 1 through 25, inclusive, and, therefore, SAFECO INSURANCE COMPANY OF AMERICA sues those Defendants by such fictitious names and will ask leave of court to amend this Complaint to show their true names and capacities when the same have been ascertained.

4. SAFECO INSURANCE COMPANY OF AMERICA is informed and believes and thereon alleges that at all relevant times mentioned herein each Defendant including each fictitiously named Defendant was acting as the agent or employee of the remaining Defendants and in acting or failing to act as hereinafter alleged each Defendant was acting within the course and scope of said agency or employment and with the knowledge and consent and under the direction of and control of each of the remaining defendants.

## FIRST CAUSE OF ACTION

### (For Strict Products Liability Against All Defendants)

5. SAFECO INSURANCE COMPANY OF AMERICA hereby incorporates by reference paragraphs 1 through 4, inclusive, as though fully set forth at length herein.

6. Approximately one year prior to January 18, 2001, SUNBEAM manufactured, designed, assembled, distributed and sold an electric blanket to a retailer for sale to the general public.

7. In approximately January of 2001, Oscar and Jean Arnold purchased the electric blanket manufactured, designed, assembled, and distributed by SUNBEAM.

8. On January 18, 2002, the electric blanket caught fire during routine use, causing substantial property damage to the Arnolds' home and its contents.

9. SUNBEAM and DOES 1-25, and each of them, intended that the electric blanket be used to by consumers, like Mr. and Mrs. Arnold, to provide warmth and comfort.

10. At all times herein mentioned, SUNBEAM and DOES 1-25, and each of them, knew and intended that the electric blanket would be purchased and used by members of the general public without inspection for defects.

//

- 2 -

**FIRST AMENDED COMPLAINT**

11. The electric blanket was, at the time it was purchased and installed, defective and unsafe for its intended purpose in that it was highly susceptible to arcing and causing a fire.

12. On or about January 18, 2002, the defective electric blanket which was manufactured, designed, distributed, and assembled by SUNBEAM and DOES 1-25, and each of them, caught fire as a direct and legal result of manufacturing and design defects.

13. At the time of the incident referred to in the original action, SAFECO INSURANCE COMPANY OF AMERICA insured Mr. and Mrs. Arnold under policy number OA2587437.

14. SAFECO INSURANCE COMPANY OF AMERICA paid $345,056.23, for damages suffered by its insureds, Mr. and Mrs. Arnold, as a result of the fire on January 18, 2002.

15. By operation of law, SAFECO INSURANCE COMPANY OF AMERICA is subrogated to the rights of its insureds, Mr. and Mrs. Arnold, in the amount of $345,056.23.

16. As a direct and legal result of those manufacturing and design defects which caused the fire, SAFECO INSURANCE COMPANY OF AMERICA compensated its insureds for property damage, damage to personal property, and alternative living arrangements in a sum in excess of $345,056.23. SAFECO INSURANCE COMPANY OF AMERICA seeks recovery of that amount from SUNBEAM and DOES 1-25, and each of them, together with prejudgment interest thereon at the legal rate from the date of loss.

## SECOND CAUSE OF ACTION

### (For Negligence Against All Defendants)

17. SAFECO INSURANCE COMPANY OF AMERICA hereby incorporates by reference paragraphs 1 through 16, inclusive, as though fully set forth at length herein.

18. On or about January 18, 2002, SUNBEAM and DOES 1-25, and each of them, owed a duty of care to Mr. and Mrs. Arnold and SAFECO INSURANCE COMPANY OF AMERICA, as subrogee, when they manufactured, designed, sold, and assembled the electric blanket.

19. SUNBEAM breached these duties when they failed to manufacture, design, sell, and assemble the electric blanket in accordance with industry standards.

- 3 -

**FIRST AMENDED COMPLAINT**

20. On or about January 18, 2002, as a direct and legal result of the negligent, careless and reckless conduct of SUNBEAM and DOES 1-25, and each of them, a fire started in Mr. and Mrs. Arnold's home.

21. As a direct and legal result of this negligent conduct which caused the fire, SAFECO INSURANCE COMPANY OF AMERICA compensated its insureds for property damage, damage to personal property, and alternative living arrangements in a sum in excess of $345,056.23. SAFECO INSURANCE COMPANY OF AMERICA seeks recovery of that amount from SUNBEAM and DOES 1-25, and each of them, together with prejudgment interest thereon at the legal rate from the date of loss.

### THIRD CAUSE OF ACTION

**(For Breach of Implied Warranty Against All Defendants)**

22. SAFECO INSURANCE COMPANY OF AMERICA hereby incorporates by reference paragraphs 1 through 21, inclusive, as though fully set forth at length herein.

23. SAFECO INSURANCE COMPANY OF AMERICA is informed and believes and, based on that information and belief, alleges that SUNBEAM and DOES 1 through 25, inclusive, and each of them, impliedly warranted that the electric blanket sold to Mr. and Mrs. Arnold was of merchantable quality, properly designed, constructed and modified, and was fit for its foreseeable use.

24. SAFECO INSURANCE COMPANY OF AMERICA is informed and believes and, based on that information and belief, alleges that, because the electric blanket failed to provide the service and use for which it was designed, manufactured, modified, advertised, and sold, the electric blanket was not properly designed, manufactured or modified according to any approved and required plans or specifications, and/or industry standards.

25. As a direct and legal result of the breach of these warranties, SAFECO INSURANCE COMPANY OF AMERICA compensated its insureds for property damage, damage to personal property, and alternative living arrangements in a sum in excess of $345,056.23. SAFECO INSURANCE COMPANY OF AMERICA seeks recovery of that amount

- 4 -

**FIRST AMENDED COMPLAINT**

1  fromSUNBEAM and DOES 1-25, and each of them, together with prejudgment interest thereon at
2  the legal rate from the date of loss.

### FOURTH CAUSE OF ACTION

### (For Negligent Misrepresentation Against All Defendants)

26. SAFECO INSURANCE COMPANY OF AMERICA hereby incorporates by reference paragraphs 1 through 27, inclusive, as though fully set forth at length herein.

27. SAFECO INSURANCE COMPANY OF AMERICA is informed and believes and, based on that information and belief, alleges that prior to, and during the sale of the electric blanket, SUNBEAM and DOES 1 through 25, inclusive, negligently misrepresented to Mr. and Mrs. Arnold, that the electric blanket would be, and had been designed, manufactured and assembled to be, free of defects and consistent with the standards of the industry and fit for its ostensible intended use.

28. The representations of SUNBEAM and DOES 1 through 25, were false, and were made without reasonable ground for believing the representations to be true. Nevertheless, SUNBEAM and DOES 1 through 25, made those representations with the intent to induce Mr. and Ms. Arnold, to rely on those representations and to purchase the electric blanket.

29. The electric blanket was not designed, manufactured or assembled in a proper manner and free from defects, and in fact the electric blanket provided by SUNBEAM and DOES 1 through 25, inclusive, contained defects as previously alleged, proximately leading to the damage to Mr. and Ms. Arnold's home.

30. At the time these representations were made, Mr. and Ms. Arnold were ignorant of their falsity and believed them to be true.

31. In reliance on these representations of SUNBEAM and DOES 1 through 25, inclusive, Mr. and Ms. Arnold were induced to, and did in fact, purchase the electric blanket and use it in their home.

32. Mr. and Mrs. Arnold, did not, and with reasonable care could not, discover the misrepresentations and omissions of SUNBEAM and DOES 1 through 25, until the investigation was commenced following the fire.

- 5 -

**FIRST AMENDED COMPLAINT**

33. As a direct and proximate result of the fraudulent misrepresentations and omissions made to Mr. and Ms. Arnold by SUNBEAM and DOES 1 through 25, inclusive, and each of them, SAFECO INSURANCE COMPANY OF AMERICA, as the insurance carrier for Mr. and Ms. Arnold, was a foreseeable victim of the misconduct of SUNBEAM and DOES 1 through 25, inclusive, and has suffered damages pursuant to Civil Code §3343.

### FIFTH CAUSE OF ACTION

### (For Res Ipsa Loquitur Against All Defendants)

34. SAFECO INSURANCE COMPANY OF AMERICA hereby incorporates by reference paragraphs 1 through 33, inclusive, as though fully set forth at length herein.

35. On or about January 18, 2002, SUNBEAM and DOES 1-25, and each of them, owed a duty of care to Mr. and Ms. Arnold and SAFECO INSURANCE COMPANY OF AMERICA, as subrogee, when they manufactured, distributed, assembled, designed, inspected, and sold the electric blanket to Mr. and Ms. Arnold.

36. The condition of the electric blanket remain unchanged following its purchase until the fire on January 18, 2002.

37. On or about January 18, 2002, as a direct and legal result of the negligent, careless and reckless conduct of SUNBEAM and DOES 1-50, and each of them, a fire started in home of Mr. and Ms. Arnold and was caused by the negligent manufacture, design, distribution, inspection, assembly and sale of the electric blanket.

38. The fire on January 18, 2002 was not caused by either Mr. or Mrs. Arnold and the fire would not have occurred if SUNBEAM and/or DOES 1-50, and each of them had exercised ordinary care in the manufacturing, distribution, design, inspection, and sale of the electric blanket.

39. As a direct and legal result of those manufacturing and design defects which caused the fire, SAFECO INSURANCE COMPANY OF AMERICA compensated its insureds for property damage, damage to personal property, and alternative living arrangements in a sum in excess of $345,056.23. SAFECO INSURANCE COMPANY OF AMERICA seeks recovery of that amount from SUNBEAM and DOES 1-25, and each of them, together with prejudgment interest thereon at the legal rate from the date of loss.

**FIRST AMENDED COMPLAINT**

1 | WHEREFORE, Plaintiff, SAFECO INSURANCE COMPANY OF AMERICA prays for judgment against Defendants, SUNBEAM and DOES 1-25, and each of them, as follows:

1. For the full extent of costs of property related damage suffered by Mr. and Ms. Arnold, and covered by SAFECO INSURANCE COMPANY OF AMERICA's insurance policy, totaling $345,056.23;
2. For pre and post-judgment interest;
3. For its costs of suit incurred herein;
4. For such other relief as the Court deems just and proper.

Dated: September 13, 2005          PIERCE & WEISS, LLP


_____
Rickee S. Stewart
Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

- 7 -

**FIRST AMENDED COMPLAINT**