WILLIAM T. MULVIHILL, ESQ. (#77528)
JOANNA C. MAINO, ESQ. (#187249)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
email: wmulvihill@bjg.com
       jmaino@bjg.com

Attorneys for Defendant
AMERICAN HOUSEHOLD, INC.,
formerly known as SUNBEAM
CORPORATION

RECEIVED
DEC 12 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM CORPORATION and DOES 1-25,<br><br>Defendants. | Case No.: C05-01974 BZ<br><br>**APPLICATION OF THOMAS L. VITU, ESQ. FOR PRO HAC VICE ADMISSION AND [PROPOSED] ORDER**<br><br>Complaint Filed: January 18, 2005<br>Removed: May 15, 2005<br>Trial Date: June 5, 2006 |

I, Thomas L. Vitu, declare as follows:

1. I am submitting this *pro hac vice* application pursuant to Local Rule 11-3(a) of the United States District Court, Northern District of California, for permission to appear and participate in the above-captioned case on behalf of defendant AMERICAN HOUSEHOLD, INC., formerly known as Sunbeam Corporation.

2. I reside at 2683 Fox Woods Lane, Rochester Hills, MI 48307. I am a member of the law firm Moffett & Dillon, Brown Street Centre, Suite 340, 255 East Brown Street, Birmingham, MI 48009, Telephone: 248-646-5100, Facsimile: 248-646-5332.

3. I am admitted to practice in the following Courts: (1986) Michigan; (1986) U.S.

1  District Court, Eastern District of Michigan; (1992) U.S. Court of Appeals, Sixth Circuit; (1998)
2  Ohio; and (2005) U.S District Court, District of Colorado. I am presently in good standing and
3  eligible to practice in the foregoing Courts. I have never been suspended, disbarred or subject to
4  disciplinary action in any court.

5      4.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
6  Rule 11-4 of the United States District Court, Northern District of California, and to become
7  familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

8      5.    I have not concurrently or within the year preceding the current application made
9  any other *pro hac vice* applications to this Court.

10     6.    The following member of the Bar of this Court in good standing and with whom the
11 Court and opposing counsel may readily communicate regarding the conduct of this case and upon
12 whom papers shall be served is: Joanna C. Maino, Esq., Boornazian, Jensen & Garthe, 555 12th
13 Street, Oakland, CA, 94612, Tel. 510-834-4350, Fax. 510-839-1897.

14 I declare under penalty of perjury under the laws of the State of California that the
15 foregoing is true and correct.

16 Executed on this 11th day of December, 2005 at Birmingham, MI.

18 By: _____/s/_____
   THOMAS L. VITU

## ORDER

The application of Thomas L. Vitu, Esq. for *pro hace vice* admission having been considered, said application is hereby ( ✓ ) GRANTED   ( ) DENIED.

DATED: 14 Dec 05

By: _____
UNITED STATES DISTRICT JUDGE

23812/365550