LAW OFFICES
# BOORNAZIAN, JENSEN & GARTHE
A PROFESSIONAL CORPORATION

| | | | |
|---|---|---|---|
| DAVID J. GARTHE | ANDREW R. ADLER | | MAILING ADDRESS |
| CHARLES I. EISNER | ROBERT G. CROW | 555 12TH STREET, SUITE 1800 | P.O BOX 12925 |
| GREGORY J. ROCKWELL | WILLIAM T. MULVIHILL | OAKLAND, CALIFORNIA 94607 | OAKLAND, CA 94604-2925 |
| ROBERT B. LUECK | KATHLEEN E. HEGEN | TELEPHONE (510) 834-4350 | |
| ALAN E. SWERDLOW | THOMAS E. MULVIHILL | FACSIMILE (510) 839-1897 | |
| DENNIS P. FITZSIMONS | JOANNA MAINO WHITCHER | WWW.BJG.COM | |
| GEORGE I. DEANE | GAIL C. TRABISH | | |
| MICHAEL S. ROMEO | JEFFERY A. CHADIC | | |
| ALEXANDER R. MOORE | KATHLEEN B. EBRAHIMI | | |
| CHRISTOPHER E. BRUMFIEL | MICHAEL E. COLLINS | | |
| VERONICA H. GARCIA | EMMETT E. SELTZER | | |
| RACHEL C. GARDUNIO | LUCAS J. OLONA | | |
| ELIZABETH A. MARCUM | | | |

January 30, 2006



VIA FACSIMILE (415-522-4021) AND E-FILE

The Hon. James Larson
Chief Magistrate Judge, U. S. District Court
Northern District of California
450 Golden Gate Ave., 16th Fl.
San Francisco, CA  94102

Re:    **Safeco Insurance Company (Arnold) v. Sunbeam Corporation**
       U.S. District Court, Northern District of California, Action No. C05-01974 BZ
       Our File No.:  SUNBEA 23812

Dear Magistrate Judge ~~Zimmerman:~~ Larson:

Please be advised that this case was **settled** at the mediation session which was held on January 3, 2006.  The parties are in the process of executing a settlement release agreement and exchanging the settlement funds, and upon completion of this process will file a dismissal with the Court.  We would therefore appreciate it if you would take the **February 8 settlement conference off calendar.**

If you have any questions, please contact the undersigned.

                                               Very truly yours,

                                               BOORNAZIAN, JENSEN & GARTHE

                                               /s/ *Joanna Maino Whitcher*

                                               Joanna Maino Whitcher

JCM/ms
cc:    Rickee S. Stewart, Esq.
23812\368938