UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SUNBEAM CORPORATION and DOES 1-25,<br><br>        Defendant(s). | No. C05-1974 BZ<br><br>**BRIEFING ORDER ON PLAINTIFF'S MOTION TO RESTORE MATTER AND SET ASIDE DISMISSAL** |

The court is in receipt of plaintiff's motion to restore the matter to the calendar and set aside dismissal. **IT IS HEREBY ORDERED** that the motion shall be heard on **April 5, 2006, at 10:00 a.m.** If defendant opposes the motion, it shall file an opposition no later than **March 15, 2006**. Any reply shall be filed no later than **March 22, 2006**. **IT IS FURTHER ORDERED** that plaintiff's ex parte motion to shorten time [doc # 35] is **DENIED**.

Dated: March 8, 2006

                                              Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\SAFECO\BRIEF.RESTORE.wpd

1