UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Plaintiff(s), | No. C05-1974 BZ |
| v. | **ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| SUNBEAM CORPORATION, and DOES 1-25, | |
| Defendant(s). | |

On February 17, 2006, plaintiff filed a motion for leave to file a second amended complaint. Defendant Sunbeam has not filed an opposition, and there is no evidence of frivolity, bad faith or prejudice to the other parties sufficient to overcome the strong policy in favor of granting leave to amend pleadings. See Fed. R. Civ. P. 15(a); <u>Eminence Capital, LLC v. Aspeon</u>, 316 F.3d 1048, 1051 (9th Cir. 2003).

**IT IS THEREFORE ORDERED** that plaintiff's motion for leave to file the second amended complaint attached as exhibit A to its motion is **GRANTED**. Plaintiff shall serve the complaint on any additional defendants by **May 1, 2006.** A status conference

1

1 | is scheduled for **June 12, 2006**.  The parties shall file a joint
2 | status report by **June 5, 2006.**  The hearing on plaintiff's
3 | motion for leave to file a second amended complaint presently
4 | scheduled for April 5, 2006, is **VACATED**.
5 | Dated:  April 5, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SAFECO\AMENDEDCOMPL.ORD.wpd

2