1  Brian S. Letofsky - Bar No. 159232
   Richard J. Stinstrom - Bar No. 140675
2  PIERCE & WEISS, LLP
   451 W. Lincoln Avenue
3  Anaheim, California 92805
   Tel: (714) 778-5038
4  Fax: (714) 778-1467
   Email: bletofsky@pierceweiss.com
5
   Attorneys for Plaintiff,
6  SAFECO INSURANCE COMPANY OF
   AMERICA
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 SAFECO INSURANCE COMPANY OF      )  Case No.: C05-01974 BZ
   AMERICA,                         )
12                                  )  **[PROPOSED] ORDER GRANTING**
              Plaintiff,            )  **PLAINTIFF'S EX PARTE MOTION TO**
13                                  )  **SHORTEN TIME**
       vs.                          )
14                                  )
   SUNBEAM CORPORATION; BIDDEFORD   )
15 TEXTILE CORPORATION (DOE 1);     )
   BIDDEFORD BLANKETS, LLC (DOE 2), and )
16 DOES 3-25,                       )
              Defendants.           )
17                                  )
                                    )
18 _____  )

19 This matter came on for hearing on _____/_____/2006, on Plaintiff's duly noticed Ex Parte

20 Motion to Shorten Time for Plaintiff to Bring Motion to Enlarge Time to Serve Second Amended

21 Complaint.  Having read the papers submitted in support of and in opposition to the motion and

22 having considered the arguments of counsel, the Court finds that justice requires that plaintiff's Ex

23 Parte Motion be granted. Accordingly,

24 IT IS ORDERED THAT:

25 1.     The Ex Parte Motion to shorten time is GRANTED; - No opposition.

26 2.     Plaintiff's Proposed Motion to Enlarge Time to Serve Second Amended Complaint is now

27 set for hearing on _____/_____/2006 at_____, or as soon thereafter as the matter may be heard,

28 in Room G, Fifteenth Floor of this Court.

- 1 -

F:\docs\spc\spc.015\Plead\[proposed] order granting **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME**

1    3. ~~Any Opposition papers are to be filed by Defendants by ____/____/2006.~~

2    4. ~~Any Reply papers are to be filed by Plaintiff by ____/____/2006.~~

3    Dated: __April 27, 2006__.

5    _____
     UNITED STATES ~~MAGISTRATE~~ JUDGE

     IT IS SO ORDERED
     *Bernard Zimmerman*
     Judge Bernard Zimmerman

- 3 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME