Brian S. Letofsky - Bar No. 159232
Richard J. Stinstrom - Bar No. 140675
PIERCE & WEISS, LLP
451 W. Lincoln Avenue
Anaheim, California 92805
Tel: (714) 778-5038
Fax: (714) 778-1467
Email: bletofsky@pierceweiss.com

Attorneys for Plaintiff,
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SUNBEAM CORPORATION; BIDDEFORD TEXTILE CORPORATION (DOE 1); BIDDEFORD BLANKETS, LLC (DOE 2), and DOES 3-25, <br><br> Defendants. | Case No.: C05-01974 BZ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME FOR SERVICE |

~~This matter came on for hearing on ____/____/2006, on~~ Plaintiff's duly noticed ~~(Proposed)~~ Notice of Motion and Motion to Enlarge Time for Service of Second Amended Complaint Pursuant to F.R.C.P. 6(b) & Local Civil Rule 6-3. is unopposed. Having read the papers submitted in support of ~~and in opposition~~ to the motion ~~and having considered the arguments of counsel~~, the Court finds that justice requires that plaintiff's Motion be granted. Accordingly,

IT IS ORDERED THAT:

1. The Motion to Enlarge Time for Service of the Second Amended Complaint is GRANTED;

2. Plaintiff has until __July__ / __3__ /2006 to served the Second Amended Complaint upon defendants.

3. The Status Conference is continued to __August__ / __7__ /2006, at 4:00 p.m.

- 1 -

1  4.  The deadline to file a joint status report is continued from June 5, 2006 to
2  ___July___/_ 28 __/2006.
3  Dated: __April 27, 2006___.



_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28