Brian S. Letofsky - Bar No. 159232
Richard J. Stinstrom - Bar No. 140675
PIERCE & WEISS, LLP
451 W. Lincoln Avenue
Anaheim, California 92805
Tel: (714) 778-5038
Fax: (714) 778-1467
Email: bletofsky@pierceweiss.com

Attorneys for Plaintiff,
SAFECO INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM CORPORATION; BIDDEFORD TEXTILE CORPORATION (DOE 1); BIDDEFORD BLANKETS, LLC (DOE 2), and DOES 3-25,<br><br>Defendants. | Case No.: C05-01974 BZ<br><br>[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL |

Having read and considered the Stipulation of the parties in this matter, entered into by the parties, by and through their attorneys of record, the Court enters the following Stipulation as its order: The Complaint, the First Amended Complaint, and the Second Amended Complaint filed in this matter are hereby dismissed With Prejudice as to Defendant, SUNBEAM CORPORATION, now known as AMERICAN HOUSEHOLD, INC. Defendants, BIDDEFORD TEXTILE CORPORATION (DOE 1) and BIDDEFORD BLANKETS, LLC (DOE 2) shall not be dismissed from the Second Amended Complaint, and the action shall remain open and shall continue against Defendants, BIDDEFORD TEXTILE CORPORATION (DOE 1) and BIDDEFORD BLANKETS, LLC (DOE 2).

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | Dated: ___June 15, 2006___.

IT IS SO ORDERED
[signature]
Judge Bernard Zimmerman

UNITED STATES DISTRICT JUDGE

F:\docs\spc\spc.015\Plead\[proposed] order for Stipulation of Dismissal.w [PROPOSED] ORDER