UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAFECO INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

SUNBEAM CORPORATION; BIDDEFORD TEXTILE CORPORATION (DOE 1); BIDDEFORD BLANKETS, LLC (DOE 2); and DOES 3-25,

    Defendants.

No. C05-01974 BZ

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael K. Stagg, an active member in good standing of the bar of United States District Court, Middle District of Tennessee, whose business address and telephone number is 511 Union Street, Suite 2700, Nashville, Tennessee 37219, (615) 244-6380, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BIDDEFORD BLANKETS, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 19, 2006

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

-3-
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Waller Lansden Dortch & Davis, LLP
1217421.1