William K. Koska (CA State Bar No. 52540)
WALLER LANSDEN DORTCH & DAVIS, LLP
520 S. Grand Avenue, Suite 800
Los Angeles, California 90071
Telephone:  (213) 362-3680
Facsimile:  (213) 362-3679
william.koska@wallerlaw.com

Michael K. Stagg (TN Bar No. 017159)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
michael.stagg@wallerlaw.com

Attorneys for Defendant
BIDDEFORD BLANKETS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>SUNBEAM CORPORATION; BIDDEFORD TEXTILE CORPORATION (DOE 1); BIDDEFORD BLANKETS, LLC (DOE 2); and DOES 3-25,<br><br>     Defendants. | Case No.  C05-1974 BZ<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**<br><br>Complaint filed:  January 18, 2005<br>1st Amended Comp:  October 3, 2005<br>2nd Amended Comp:  April 11, 2006<br>Trial Date: |

Pursuant to Civil L. R. 6-2, the Plaintiff and Defendant Biddeford Blankets, LLC, ("these parties") file this stipulation requesting an order changing the deadline for submission of a joint status report, and the date for the status conference. Currently, the joint status report is due on July 28, 2006, and the status conference set on August 7, 2006.  In support of this motion these parties state as follows:

1. These parties request an enlargement of time to provide a joint status report and to change the date of the status conference accordingly because these parties and counsel for these parties are working to resolve a potential conflict of representation. These parties and their counsel have been working in good faith to resolve this issue for the last three weeks, but have been hindered in their efforts by various trials and vacations of these parties and their counsel. It is anticipated that this conflict can be resolved in the next thirty days;

2. There have been no prior time modifications in this case between these parties, because Biddeford Blankets, LLC was added to this lawsuit by the Second Amended Complaint of April 11, 2006; and

3. This time modification will not affect the schedule in this case because no schedule has been set with respect to these parties.

WHEREFORE, Plaintiff and Biddeford Blankets, LLC, respectfully request that the deadlines for the joint status report and the status hearing be changed as follows:

Joint status report shall be due August 28, 2006; and

The status conference shall be scheduled for September 6, 2006, at 9:00 a.m.

These parties submit a proposed order for the enlargement of time herewith.

DATED: July 17, 2006.

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/

Michael K. Stagg
Attorney for Defendant, BIDDEFORD BLANKETS, LLC

PIERCE & WEISS, LLP

/s/
_____
Rickee S. Stewart
Attorney for Plaintiff, SAFECO INSURANCE
COMPANY OF AMERICA

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, it is so ordered that the joint status report is due on August ~~28~~ 31, 2006, and the status conference is set for September ~~6, 2006~~ 11, 2006 at 4:00 p.m.

Dated___July 17, 2006_____

_____
United States District Judge

IT IS SO ORDERED
/s/ Bernard Zimmerman
Judge Bernard Zimmerman

**PROOF OF SERVICE**

State of Tennessee        )
                          )
County of Davidson        )

I am a resident of the State of Tennessee, over the age of eighteen years, and not a party to the within action. My business address is 511 Union Street, Suite 2700, Nashville, Tennessee 37219. On July 17, 2006, I served the foregoing document described as: STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER on the interested parties by filing it on the Court's Electronic Filing System through which it was sent to all parties.

I declare under penalty of perjury under the laws of the State of Tennessee that the above is true and correct.

Executed on July 17, 2006, at Nashville, Tennessee.

/s/
_____
Beth A. McCullough