Ann E. McIntire (CA State Bar No. 186925)
PIERCE & WEISS, LLP
451 W. Lincoln Ave.
Anaheim, CA 92805
Telephone: (714) 778-5038
Facsimile: (714) 778-1467

Attorneys for Plaintiff
SAFECO INSURANCE COMPANY

William K. Koska (CA State Bar No. 52540)
WALLER LANSDEN DORTCH & DAVIS, LLP
520 S. Grand Avenue, Suite 800
Los Angeles, California 90071
Telephone:  (213) 362-3680
Facsimile:  (213) 362-3679
William.koska@wallerlaw.com

Michael K. Stagg (Tenn. Bar No. 017159)
(appearance pro hac vice)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Michael.stagg@wallerlaw.com

Attorneys for Defendant
BIDDEFORD BLANKETS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>SUNBEAM CORPORATION; BIDDEFORD TEXTILE CORPORATION (DOE 1); BIDDEFORD BLANKETS, LLC (DOE 2); and DOES 3-25,<br><br>          Defendants. | Case No.  C05-1974 BZ<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME, AND DECLARATION IN SUPPORT THEREOF**<br><br>The Honorable Bernard Zimmerman<br>Hearing Date:<br>Time:<br>Courtroom G, 15th Floor<br>Trial Date: |

**TO THE COURT AND PARTIES IN INTEREST:**

Pursuant to Local Rules 6.2 and 7.12, Plaintiff Safeco Insurance Company of America ("Safeco") and Defendant Biddeford Blankets, LLC ("Biddeford") jointly request an extension of the deadlines established in connection with Biddeford's Motion For Summary Judgment (the "Motion"). This stipulated request for an extension of time is based on the averments set out in the declaration of Michael K. Stagg filed in support hereof. Accordingly, Safeco and Biddeford stipulate and request that the Court approve the following as new dates in connection with the Motion:

1. The deadline for discovery on the issue of successor liability, currently set for December 4, 2006, shall be extended through and including **January 8, 2007**, and Biddeford's responses to the interrogatory and document requests propounded by Safeco shall be due the same day.

2. Plaintiff's opposition to Biddeford's Motion for Summary Judgment is due by **January 26, 2007**. Biddeford's reply is due by **February 9, 2007**.

3. The hearing currently set on January 10, 2007 is hereby reset to February __21__, 2007, at __10:00_____ a.m., in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.

1  Dated: November 27, 2006

2  Stipulated and Agreed:

3  _____/s/_____
4  Michael K. Stagg
   Attorneys for Defendant Biddeford Blankets, LLC
5

6  ____/s/ by permission_____
7  Ann E. McIntire
   Attorneys for Plaintiff Safeco Insurance Company
8

9

10

11

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

13

14

15  **Dated:** November 27, 2006   _____
                                    UNITED STATES MAGISTRATE JUDGE
16

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

17

18

19

20

21

22

23

24

25

26

27

28

---
3
STIPULATED REQUEST FOR EXTENSION OF TIME FILED BY PLAINTIFF SAFECO INSURANCE
COMPANY AND DEFENDANT BIDDEFORD BLANKETS, LLC
1287830.1

**DECLARATION OF MICHAEL K. STAGG, ESQ.**

I, Michael K. Stagg, declare as follows:

1. I am a partner in Waller Lansden Dortch & Davis, LLP, attorneys of record for the Defendant, Biddeford Blankets, LLC ("Biddeford").  I am admitted *pro hac vice* to practice in this case.  I possess personal knowledge of the matters set out herein, and if called upon to do so, I could and would testify competently thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true and correct as well.

2. This declaration is being submitted in compliance with Local Rule 6-2.

3. Plaintiff Safeco Insurance Company ("Safeco") and Defendant Biddeford have filed a Stipulated Request For Extension of Deadlines (the "Stipulation") in connection with Biddeford's Motion for Summary Judgment (the "Motion").   The basis for the Stipulation is that the parties are currently engaged in discovery, with Safeco having served Interrogatories and Document Requests on Biddeford related to the issue of alleged successor liability.  Biddeford is making significant efforts to respond to the discovery, but is having difficulty collecting the information and documents requested.  Among other things, most of the personnel who had knowledge of the matters requested regarding the purchase of assets by Biddeford, out of the bankruptcy of Biddeford Textile Corporation in 2002, are no longer employed by Biddeford. Biddeford has moved its operations and many of its records overseas in the last few years, and only maintains a small corporate office in the United States. Thus, Biddeford is in the position of having to try to retrieve records from, among other places, Taiwan.  In addition, Biddeford is having to try and locate individuals who have knowledge of an event that took place in Bankruptcy Court in Maine more than four years ago.  Therefore, Biddeford is unable to respond to the discovery requests within the current deadlines, and needs more time in order to be able to

respond meaningfully.  With the current schedule, an extension of discovery will also require an extension of the periods for filing opposition and reply briefs, and therefore the hearing date.

4.  In addition, in the interim, Plaintiff has informed Biddeford that Plaintiff has located an insurance policy of Biddeford Textile Corporation, another defendant which is the entity that allegedly manufactured the blanket causing the alleged injury.  The extension of time will provide more opportunity for Plaintiff to continue its investigation and potentially to take action regarding this insurance policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 27, 2006

By: _____/s/_____
Michael K. Stagg

# **PROOF OF SERVICE**

State of Tennessee    )
                      )
County of Davidson    )

I am a resident of the State of Tennessee, over the age of eighteen years, and not a party to the within action. My business address is 511 Union Street, Suite 2700, Nashville, Tennessee 37219. On November 27, 2006, I served the foregoing document described as: STIPULATED REQUEST FOR EXTENSION OF TIME FILED BY PLAINTIFF SAFECO INSURANCE COMPANY AND DEFENDANT BIDDEFORD BLANKETS, LLC; DECLARATION OF MICHAEL K. STAGG on the interested parties by filing it on the Court's Electronic Filing System through which it was sent to all parties.

I declare under penalty of perjury under the laws of the State of Tennessee that the above is true and correct.

Executed on November 27, 2006, at Nashville, Tennessee.

/s/
_____
Beth A. McCullough