| | |
|---|---|
| 1 | William K. Koska (CA State Bar No. 52540) |
| | WALLER LANSDEN DORTCH & DAVIS, LLP |
| 2 | 520 S. Grand Avenue, Suite 800 |
| | Los Angeles, California 90071 |
| 3 | Telephone: (213) 362-3680 |
| | Facsimile: (213) 362-3679 |
| 4 | William.koska@wallerlaw.com |
| 5 | |
| | Michael K. Stagg (Tenn. Bar No. 017159) |
| 6 | (appearance pro hac vice) |
| | WALLER LANSDEN DORTCH & DAVIS, LLP |
| 7 | 511 Union Street, Suite 2700 |
| | Nashville, Tennessee 37219 |
| 8 | Telephone: (615) 244-6380 |
| | Facsimile: (615) 244-6804 |
| 9 | Michael.stagg@wallerlaw.com |
| 10 | |
| | Attorneys for Defendant |
| 11 | BIDDEFORD BLANKETS, LLC |
| 12 | |
| | Ann E. McIntire (CA State Bar No. 186925) |
| 13 | PIERCE & WEISS, LLP |
| | 451 W. Lincoln Ave. |
| 14 | Anaheim, CA 92805 |
| | Telephone: (714) 778-5038 |
| 15 | Facsimile: (714) 778-1467 |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | SAFECO INSURANCE COMPANY |
| 18 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | SAFECO INSURANCE COMPANY OF AMERICA, | ) Case No. C05-1974 BZ |
| 21 | | ) |
| | Plaintiff, | ) **STIPULATION AND AGREED ORDER** |
| 22 | | ) **DISMISSING WITH PREJUDICE** |
| | v. | ) **CLAIMS AGAINST BIDDEFORD** |
| 23 | | ) **BLANKETS, LLC** |
| 24 | SUNBEAM CORPORATION; BIDDEFORD TEXTILE CORPORATION | ) |
| | (DOE 1); BIDDEFORD BLANKETS, LLC | ) The Honorable Bernard Zimmerman |
| 25 | (DOE 2); and DOES 3-25, | ) Courtroom G, 15th Floor |
| | | ) |
| 26 | Defendants. | ) |
| 27 | | ) |

Plaintiff Safeco Insurance Company ("Plaintiff" or "Safeco") and Defendant Biddeford Blankets, LLC ("Biddeford") having agreed and stipulated, and the Court finding good cause therefore, it is hereby ordered that:

1.  Plaintiff's claims against Biddeford are hereby dismissed with prejudice under Rule 41(a), for a mutual waiver of costs and fees between the parties. Accordingly, Biddeford is hereby dismissed with prejudice as a party from this case.

2.  Plaintiff continues to prosecute this action against co-defendant Biddeford Textile Corp. ("Textile"), and, believing that it has served process as of December 29, 2006 on Textile, will file a return of service shortly.

3.  Each party to the dismissal shall bear its own costs and fees.

**Stipulated and Submitted for Approval:**

\_\_\_/s/_____
Michael K. Stagg
Attorneys for Defendant Biddeford Blankets, LLC


\_\_\_/s/_____
Ann E. McIntire
Attorneys for Plaintiff Safeco Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 24, 2007                 _____
                                         UNITED STATES DISTRICT COURT JUDGE

Defendant Biddeford Blankets, LLC having been dismissed with prejudice from the case,
Biddeford Blankets, LLC's motion for summary judgment is DENIED as moot. The Feburary 21, 2007 hearing
on the motion is VACATED. Instead, a status conference shall be held on Monday, February 26, 2007 at 4:00 p.m.
in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**PROOF OF SERVICE**

-2-
STIPULATION AND AGREED ORDER DISMISSING WITH PREJUDICE
CLAIMS AGAINST BIDDEFORD BLANKETS, LLC

Waller Lansden
Dortch & Davis, LLP

1311528.1

1
2  State of Tennessee     )
                          )
3  County of Davidson     )
4
5       I am a resident of the State of Tennessee, over the age of eighteen years, and not a party to the
6  within action. My business address is 511 Union Street, Suite 2700, Nashville, Tennessee 37219. On
7  January 23, 2007, I served the foregoing document described as: STIPULATION AND AGREED
8  ORDER DISMISSING WITH PREJUDICE CLAIMS AGAINST BIDDEFORD
9  BLANKETS, LLC on the interested parties by filing it on the Court's Electronic Filing System
10 through which it was sent to all parties.
11      I declare under penalty of perjury under the laws of the State of Tennessee that the above is true
12 and correct.
13      Executed on January 23, 2007, at Nashville, Tennessee.
14
15                                              /s/
                                       _____
16                                              Beth A. McCullough
17
18
19
20
21
22
23
24
25
26
27
28

**Waller Lansden**
**Dortch & Davis, LLP**

1311528.1

-3-
STIPULATION AND AGREED ORDER DISMISSING WITH PREJUDICE
CLAIMS AGAINST BIDDEFORD BLANKETS, LLC