UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br>          Plaintiff(s), <br><br>     v. <br><br> SUNBEAM CORPORATION and DOES 1-25, <br><br>          Defendant(s). | No. C05-1974 BZ <br><br> **ORDER CONTINUING STATUS CONFERENCE** |

Having read the joint status conference statement filed April 25, 2007, **IT IS ORDERED** as follows:

1. The conference is continued to **June 18, 2007 at 4:00 p.m.**

2. The parties shall complete their initial disclosures and other Rule 26 obligations by **June 1, 2007.**

3. The parties shall file a supplemental conference statement by **June 11, 2007.**

4. Defendant shall in writing consent or decline to consent to magistrate judge jurisdiction by **June 1, 2007.**

Dated:  April 30, 2007

　　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\SAFECO\SAFECO.CONTINUE.STATUS.CONF.ORD.wpd

1