v-01-07    01:58pm    From-Minder & Associates                  916 8294466          T-029   P.001/002   F-774

1   Thomas G. Minder, Esq. (SBN: 54146)
    THOMAS MINDER & ASSOCIATES
2   2151 River Plaza Drive, Suite 290
    Sacramento, CA 95833
3   Telephone: 916-929-4400
    Facsimile: 916-929-4466

4

5

6

7        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9

10   SAFECO INSURANCE COMPANY OF              CASE NO. C05-1974 BZ
     AMERICA,
11
                          Plaintiff,
12                                            SUBSTITUTION OF
            vs.                               ATTORNEYS AND
13                                            ORDER THEREON
     SUNBEAM CORPORATION; BIDDEFORD
14   TEXTILE CORPORATION, et al,

15                         Defendants.

16

17        BIDDEFORD TEXTILE CORPORATION hereby substitutes the firm of Thomas

18   Minder & Associates, 2151 River Plaza Drive, Suite 290, Sacramento, California 95833,

19   Telephone 916-929-4400 at its attorney of record in the place and stead of Robert A. Harlem,

20   Inc. & Associates.

21        Dated: 11/28/07

22        I consent to this substitution.                BIDDEFORD TEXTILE CORPORATION

23                                                       By

24

25        Dated: 11/7/07

26        I consent to this substitution.                ROBERT A. HARLEM, INC., & ASSOCIATES

27                                                       By
                                                            Robert A. Harlem
28

                              SUBSTITUTION OF ATTORNEYS

1    Dated: 7 Nov 07

2    I consent to the above substitution.          THOMAS MINDER & ASSOCIATES

3

4

5    By _____
                                                          Thomas G. Minder

6

7

8                                        ORDER

9

10         The Court having considered the above Substitution of Attorneys, and good cause

11   appearing therefor,

12         IT IS HEREBY ORDERED that Biddeford Textile Corporation has substituted the firm

13   of Thomas Minder & Associates as its attorney of record in the above entitled action.

14         DATED:

15   11/30/07

16                                        Judge of the U.S.

         IT IS SO ORDERED

18

19                                        Judge Phyllis J. Hamilton

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1.   I am over the age of 18 and not a party to this cause. I am employed in the county where the mailing occurred. The following facts are within my first-hand and personal knowledge and if called as a witness, I could and would testify thereto.

2.   My business address is: 2151 River Plaza Drive, Suite 290, Sacramento, California 95833.

3.   On November 28, 2007, I served the following documents, described as: SUBSTITUTION OF ATTORNEYS AND ORDER THEREON on all interested parties through their attorneys of record by placing a true and correct copy thereof, addressed as shown on the attached service list, by the means designated below:

    _x_   By Mail
          ( ) I placed the document(s) in a sealed envelope(s) and deposited such envelope(s) in the mail at Sacramento, California, with postage thereon fully prepaid.
          (x) I am "readily familiar" with the firm's practice of collection and processing documents for mailing: The document(s) are placed in a sealed envelope(s) and deposited with U.S. postage service with postage thereon fully prepaid on that same day in the ordinary course of business

    _____  By Facsimile Transmission - On _____ from facsimile machine telephone number (916) 929-4466; that transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

    _____  By Electronic Transfer - I caused all of the above-entitled documents to be served through LexisNexis File & Serve addressed to all parties appearing on the LexisNexis File & Serve electronic filing list by selecting the individual recipients on the LexisNexis file & serve website on the date executed below. The file transmission was reported as complete and a copy of the filing receipt page will be maintained with the original documents(s) in our office.

Ann E. McIntire
Pierce & Weiss LLP
451 West Lincoln Avenue, Suite B-100
Anaheim, CA 92805


_X_ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 28, 2007, at Sacramento, California.


    __Jeanne Dudgeon__                              
    (TYPE OR PRINT NAME)         (SIGNATURE OF DECLARANT)

1