Brian S. Letofsky - Bar No. 159232
Simran Singh - Bar No. 231308
PIERCE & WEISS, LLP
451 W. Lincoln Avenue
Anaheim, California 92805
Tel: (714) 778-5038
Fax: (714) 778-1467

Attorneys for Plaintiff, SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUNBEAM CORPORATION, BIDDEFORD TEXTILE CORPORATION, BIDDEFORD BLANKETS, LLC, and DOES 1-25,<br><br>    Defendants. | No. C05-01974 PJH<br><br>**STIPULATION OF DISMISSAL**<br>**Fed. R. Civ. P. 41(a)(1)**<br><br>Original Complaint Filed: January 18, 2005 |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff, SAFECO INSURANCE COMPANY OF AMERICA, and all Defendants who have appeared in this action, as follows:

1. This action was commenced on January 18, 2005.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

///

///

///

///

- 1 -
**STIPULATION OF DISMISSAL**

1 |    3. This action is hereby dismissed, in its entirety, with prejudice.

2 | Dated: May 23, 2008                      PIERCE & WEISS, LLP

By: _____
SIMRAN SINGH, ESQ.
Attorneys for Plaintiff,
SAFECO INSURANCE COMPANY

Dated: May 20, 2008                      THOMAS MINDER. & ASSOCIATES

By: _____
THOMAS G. MINDER, Esq.
Attorneys for Defendant, BIDDEFORD TEXTILE
CORPORATION

6/3/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
**STIPULATION OF DISMISSAL**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; my business address is 451 W. Lincoln Avenue, Suite B100, Anaheim, California, 92805.

On 6/2, 2008, I served the following document(s) on the interested parties in this action:

**STIPULATION OF DISMISSAL**

☐   by transmitting via facsimile, and also,

☐   by placing the original thereof enclosed in sealed envelopes as stated on the attached mailing list.

☒   by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Thomas Gordon Minder
Thomas Minder & Associates
2151 River Plaza Drive
Suite 290
Sacramento, CA 95833

☒   I deposited such envelope in the mail at Anaheim, California.  The envelope was mailed with postage thereon fully prepaid.

☒   (BY MAIL)   I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 6/2, 2008, at Anaheim, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Lilly Hidalgo*
Lilly Hidalgo

- 3 -
**STIPULATION OF DISMISSAL**